UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.         Case No. 21-CR-198

ALEX MOMPREMIER, et al.,

    Defendants.

## ORDER AND RECOMMENDATION

On September 12, 2022, Alex Mompremier filed a motion to compel. (ECF No. 33.) At that time the court had not yet set a schedule for filing pretrial motions, but the court did so on October 4, 2022. (ECF No. 35.) The court subsequently modified that schedule at Mompremier's request. (ECF No. 49.) The government's response was due no later than February 9, 2023. (ECF No. 49)

The government has not responded. Therefore, Mompremier's motion to compel (ECF No. 33) will be granted as unopposed.

Mompremier also filed a renewed motion to dismiss or, alternatively, to transfer venue. (ECF No. 42.) He acknowledges that this motion is merely a reprise of an earlier motion that the Honorable Brett H. Ludwig denied. Mompremier refiled the "motion to

dismiss in an abundance of caution to both ensure that the record is protected for appellate review and to provide the Defendant with effective assistance of counsel" in light of the superseding indictment. (ECF No. 42 at 2.) The court recommends that the renewed motion be denied for the same reasons as the initial motion. *See United States v. Mompremier*, No. 21-cr-0198, 2022 U.S. Dist. LEXIS 178434 (E.D. Wis. Sep. 30, 2022).

**IT IS THEREFORE ORDERED** that Alex Mompremier's motion to compel (ECF No. 33) is **granted** as unopposed.

**IT IS FURTHER RECOMMENDED** that Alex Mompremier's motion to dismiss or alternatively to transfer venue be **denied**.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), any written objection to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 17th day of February, 2023.

WILLIAM E. DUFFIN
U.S. Magistrate Judge